MARTHA J. FLAGLER et al., Appellants, *v.* ELIZABETH DEVLIN et al., Respondents.

*Flagler* v. *Devlin*, 109 App. Div. 904, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1905, which reversed a judgment in favor of plaintiffs entered upon a verdict directed by the court and an

order denying a motion for a new trial and granted a new trial in an action to recover an undivided part of certain real property.

*David Millar* for appellants.

*A. K. Potter* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.